**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **SUSAN TAMBURRO,** ) | |
| ) | |
| Plaintiff, ) | Case No. CV 08-4417 AJW |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that defendant's decision is reversed, and the matter is remanded to defendant for further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

January 8, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge